# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____TENNESSEE_____

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION |
| --- | --- |
| V. | PENDING HEARING PURSUANT TO BAIL REFORM ACT |

_____YOSEF BOYD_____    Case    No. 13-mj-2012
*Defendant*

Upon motion of the _____Government_____, it is ORDERED that a

detention hearing is set __Wednesday, Oct. 16, 2013__ * at __2:00 p.m., Preliminary Hrg is set for same time__
                                    *Date*                                                *Time*

before __the Honorable Juliet Griffin, U.S. Magistrate Judge__
                        *Name of Judicial Officer*

__in Courtroom No.764, U.S. Courthouse, 801 Broadway, Nashville__
                    *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ and produced for the hearing.
*Other Custodial Official*

Date: _____October 10, 2013_____         *[signature]*
                                                                          *Judicial Officer*
cc: AUSA Koshy
    Kyle Mothershead, Esq.
    Probation
    Marshal

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).
A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.