*Kevin H. Sharp (signature)*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | Criminal Case: 3:14-CR-00034 |
| ) | |
| ) | JUDGE SHARP |
| ) | |
| YOSEF BOYD ) | |
| ) | |

## GOVERNMENT AND DEFENDANT'S JOINT MOTION TO REASSIGN CASE TO JUDGE NIXON

Comes now the Government and Defendant, by and through counsel, and jointly request that this case be reassigned to Judge Nixon. In support of this motion, the parties would show:

1) Defendant Boyd is charged with *Tampering with a Witness* in connection with a complex, multi-codefendant case, Case No. 3:09-00240, which has been and is being prosecuted before Judge Nixon;

2) The Government and Defendant Boyd have reached a signed, binding plea agreement which requests immediate sentencing in accordance with the terms of the agreement;

3) Due to Judge Nixon's familiarity with the larger context in which this case fits, both the Government and the Defendant believe that it would be more appropriate for Judge Nixon to take Defendant's plea and pass judgment on the propriety of the plea agreement reached in this matter.

Based on the foregoing, the Government and Defendant jointly request that the case be transferred to Judge Nixon as soon as possible.